John J. Talton, Chapter 13 Trustee  Check No. 834165
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 09-90165 | 999-0 | ARTHUR KENNEDY, JR. | | 0.00 | 460.00 | 0.00 | 460.00 |
| | | Original Check written to: | | | | | |
| | | ARTHUR KENNEDY, JR. | | | | | |
| | | 529 S BYNUM | | | | | |
| | | LUFKIN, TX 75904 | | | | | |